# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROBERT W. HARRELL, et al.

        Plaintiff        Civil No.    11-1566 (HHK)

vs.

UNITED STATES OF AMERICA, et al.    Category    N

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Sep 7, 2011 from Judge Emmet G. Sullivan to Judge Henry H. Kennedy by direction of the Calendar Committee.

(Case related to 11cv1454)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc    Judge Emmet G. Sullivan    & Courtroom Deputy

    Judge Henry H Kennedy    & Courtroom Deputy

Liaison, Calendar and Case Management Committee